**Motion Granted in Part and Denied in Part; Appeal Dismissed and Memorandum Opinion filed January 8, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-01002-CV

---

### RANDI HOUSTON AND CHASITY BLANKS, Appellants

### V.

### STRUNK BROS. IN ITS PARTNERSHIP, ASSUME OR COMMON NAME, W.R. STRUNK, HENRY O. STRUNK AND MANUEL RENDON, Appellees

---

**On Appeal from the 25th District Court
Colorado County, Texas
Trial Court Cause No. 22,853**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order in the trial court granting appellees' motion to compel and request for sanctions. Appellees filed a motion to dismiss the appeal and request for damages under Texas Rule of Appellate Procedure 45 because the order is interlocutory and not appealable. Appellants

filed a response in which they alleged that appellate courts have mandamus jurisdiction over sanctions orders such as the one made the subject of this appeal.

The record demonstrates there is no appealable order and therefore this court lacks jurisdiction. Accordingly, the motion is granted in part and the appeal is ordered dismissed for want of jurisdiction. We express no opinion regarding availability of mandamus review. Appellees' request for damages under Texas Rule of Appellate Procedure 45 is denied.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.